JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>$45,357.00 IN U.S. CURRENCY,<br><br>　　　　Defendants.<br>_____<br>NATALIE S. SUN AND RODNEY MILLAR,<br><br>　　　　Claimants.<br>_____ | Case No.: CV 15-9989-DMG(AJWx)<br><br>**CONSENT JUDGMENT OF FORFEITURE [104]** |

　　Plaintiff United States of America (the "government") and claimant Natalie S. Sun ("Claimant Sun") have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests that Claimant Sun may have in the defendant, namely, $45,357.00 in U.S. Currency.

This civil forfeiture action was commenced on December 30, 2015. Notice was given and published according to law. Claimant Sun filed a claim on March 29, 2016 and an answer on April 11, 2016. Doc. ## 14 & 15. Rodney Millar filed a claim on July 6, 2016. Doc. # 23. On September 7, 2016, this Court issued a Partial Consent Judgment as to $12,000 of the defendant currency. Doc. # 27. Pursuant to the Partial Consent Judgment, $8,400 (plus all interest accrued on that amount since seizure) was forfeited to the government, and $3,600 (without interest) was returned to Millar. No other claims or answers were filed, and the time for filing claims and answers has expired.

The Court has been duly advised of and has considered the matter. Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that $33,347.00 (the remainder of the defendant currency) shall be returned to Claimant Sun without interest. Said funds are to be made payable via ACH deposit. Claimant Sun shall provide the information necessary to facilitate such payment according to law.

The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

///

Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency, and this action.  All scheduled dates and deadlines are VACATED.

DATED: September 22, 2017

                              DOLLY M. GEE
                              UNITED STATES DISTRICT JUDGE