UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CV 15-9989-DMG(AJWx) |
| Plaintiff, | ) **AMENDED CONSENT JUDGMENT OF FORFEITURE [106]** |
| vs. | ) |
| $45,357.00 IN U.S. CURRENCY, | ) |
| Defendants. | ) |
| NATALIE S. SUN AND RODNEY MILLAR, | ) |
| Claimants. | ) |

Plaintiff United States of America (the "government") and claimant Natalie S. Sun ("Claimant Sun") have entered into a stipulated request for the entry of this amended consent judgment of forfeiture resolving all interests that Claimant Sun may have in the defendant, namely, $45,357.00 in U.S. Currency.

This civil forfeiture action was commenced on December 30, 2016. Notice was given and published according to law. Claimant Sun filed a claim on March 29, 2016 and an answer on April 11, 2016. Doc. ## 14 & 17. Rodney Millar filed a claim on July 12, 2016. Doc. # 23. On September 7, 2016, this Court issued a Partial Consent Judgment as to $12,000 of the defendant currency. Pursuant to the Partial Consent Judgment, $8,400 (plus all interest accrued on that amount since seizure) was forfeited to the government, and $3,600 (without interest) was returned to Millar. Doc. # 27. No other claims or answers were filed, and the time for filing claims and answers has expired.

The Court entered a consent judgment on September 22, 2017. Doc. # 105. Pursuant to the parties' stipulation, and good cause appearing, the Court hereby **AMENDS** the consent judgment to provide for the return of $33,357.00 to Claimant Sun. It is, therefore, hereby **ORDERED, ADJUDGED AND DECREED** that $33,357.00 (the remainder of the defendant currency) shall be returned to Claimant Sun without interest. Said funds are to be made payable via ACH deposit. Claimant Sun shall provide the information necessary to facilitate such payment according to law.

The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

///

Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency, and this action.  All scheduled dates and deadlines are VACATED.

DATED: October 27, 2017

                                                                                 
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE